JOHN M. CROWELL, Respondent, *v.* MARY ELIZABETH JACKSON et al., Appellants.

(Argued June 1, 1877 ; decided June 12, 1877.)

*P. V. R. Van Wyck*, for appellants.

*W. McDermot*, for respondent.

Agree to affirm. No opinion. RAPALLO, J., absent.
Judgment affirmed.